

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Blackstar Operating, LLC,

No. 11-24-00013-CV

Ruger Services, LLC,

\* From the County Court at Law No. 2 of Midland County, Trial Court No. CC24989.

\* April 25, 2024

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has considered Blackstar Operating, LLC's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Blackstar Operating, LLC.